ber of the bar. No opinion. Matter referred to Hon. William D. Dickey, official referee, for action and report to this court; and the offer of the Bar Association is submitted to him for such action thereon as he deems proper.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by George Gabel against the Hastings Homes Company. No opinion. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1117.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by George Gabel against the Hastings Homes Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 161 App. Div. 889, 145 N. Y. Supp. 1124; 151 N. Y. Supp. 1117.

GAFFNEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Rose A. Gaffney against the City of New York.
PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that plaintiff's evidence presented a question of fact, which required submission of the case to the jury.
JENKS, P. J., and STAPLETON, J., dissent.

GAGE, Respondent, v. GAGE, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Jennie Gage against James B. Gage. No opinion. Order affirmed, with $10 costs and disbursements.

GALE v. CORTLAND COUNTY TRACTION CO. et al. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Cora D. Gale, as administratrix, etc., of Harry Gale, deceased, against the Cortland County Traction Company and another. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1083.

GALLAGAN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Patrick Gallagan, as administrator, etc., of John Gallagan, deceased, against the Pittsburg Contracting Company.
PER CURIAM. Motions denied.
PUTNAM, J., not voting.

GALLAGHER v. BRUNNER. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Joseph Gallagher against Jane L. Brunner. No opinion. Motion granted, with 10 costs. Order filed.

GARDNER, Appellant, v. NEW YORK CONSOL. CARD CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Mary J. Gardner against the New York Consolidated Card Company. No opinion. Judgment affirmed, with costs.

GARRICOTT, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Sam Garricott against the New York State Railways.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, P. J., dissents, upon the ground that the court erred in charging the jury as matter of law that the defendant was guilty of an assault.

GEIGER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Charles Geiger against the New York Telephone Company. No opinion. Judgment affirmed, with costs.

GEORGE, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Mary E. George, individually and as executrix, etc., against Margaret J. Johnson, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal (from 149 N. Y. Supp. 1083) to the Court of Appeals denied.

GEORGE v. MURRAY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Lennie L. George against William R. Murray. No opinion, Application denied, with $10 costs. Order signed. See, also, 149 N. Y. Supp. 503, 87 Misc. Rep. 175.

GEORGE W. PECK CO. v. HAGAMAN et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the George W. Peck Company against Theodore C. Hagaman and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

GERBER v. STATE BANK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Gustav Gerber against the State Bank. No opinion. Application granted. Order signed.

GERBINO v. GREENHUT–SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles Gerbino against the Greenhut-Siegel Cooper Company. No opinion. Motion granted. Order filed. See, also, 151 N. Y. Supp. 1117.

GERBINO v. GREENHUT–SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles Gerbino against the Greenhut-

Siegel Cooper Company. No opinion. Motion for stay granted. Settle order on notice. See, also, 151 N. Y. Supp. 1117.

In re GIBSON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of William Gibson, deceased. No opinion. Motion granted. Question certified. Order filed. See, also, 151 N. Y. Supp. 459.

GILLETT, Appellant, v. BRISCOE & LOCK ENGINEERING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Charles W. Gillett against the Briscoe & Lock Engineering Company. D. C. Muhleman, of New York City, for appellant. F. H. Mills, of New York City, for respondent. No opinion. Order reversed with $10 costs and disbursements, and motion denied, without costs, on the ground that the bill of particulars served pending the motion is sufficient. Order filed.

GIMBERNAT, Respondent, v. GIMBERNAT, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Ruth M. Gimbernat against Jules R. Gimbernat. P. Carpenter, of New York City, for appellant. L. Ogust, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

GINSBERG v. TRIANGLE WAIST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Henrietta Ginsberg against the Triangle Waist Company. No opinion. Motion granted, with $10 costs. Order filed.

GINSBERG v. TRIANGLE WAIST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Isidor Ginsberg against the Triangle Waist Company. No opinion. Motion granted, with $10 costs. Order filed.

GLOBE WOOLEN CO., Appellant, v. UTICA GAS & ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the Globe Woolen Company against the Utica Gas & Electric Company.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 151 App. Div. 184, 136 N. Y. Supp. 24; 151 N. Y. Supp. 1118.

MERRELL, J., not sitting.

GLOBE WOOLEN CO. v. UTICA GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by the Globe Woolen Company against the Utica Gas & Electric Company. No opinion. Motion granted. See, also, 151 N. Y. Supp. 1118.

GLOVER v. NATIONAL BANK OF COMMERCE. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Laura Glover against the National Bank of Commerce. No opinion. Motion for extension of time granted, on condition that papers are filed and case ready for argument on March 16th. Settle order on notice. See, also, 156 App. Div. 247, 141 N. Y. Supp. 409.

GODDARD, Respondent, v. BIGELOW, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Charles H. Goddard against Warren Bigelow.

PER CURIAM. We think but one cause of action is stated, and in our opinion it is an action for assault, and not for trespass. Order affirmed, with $10 costs and disbursements.

GOODENOUGH v. WOOD HARMON WARRANTY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Elizabeth Goodenough against the Wood Harmon Warranty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1088.

GOULD, Appellant, v. GOULD et al., Respondents. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by George J. Gould against Howard Gould and another. R. B. Knowles, of New York City, for appellant. W. L. Marshall, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

GOURD v. HEALY. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Henry E. Gourd against Thomas Healy. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1006.

GRAEF et al., Respondents, v. TRUMBULL MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Graef and another against the Trumbull Motor Car Company. J. A. Gray, of New York City, for appellant. A. B. Hano, of New York City, for respondents. No opinion. Order modified, by reducing attachment to $3,500, and, as so modified, affirmed, without costs. Settle order on notice.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners, etc., of lands claimed to be injured by change of grade, etc., and claimed to be owned by Lila G. Dwyer and others. Proceeding No. 99. No opinion. Order affirmed, with costs.